UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY GREEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  1:24-cv-00852-KES-FJS<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AFTER NOTICE OF SETTLEMENT<br><br>(ECF No. 33)<br><br><u>TWENTY-ONE DAY DEADLINE</u> |

On June 23, 2026, the parties filed a notice of settlement, informing the court that a settlement had been reached and that dispositional documents will be filed within sixty (60) days of the notice of settlement. (ECF No. 114.) Local Rule 160(b), however, requires the court to "fix a date upon which the documents disposing the of the action or motion must be filed, <u>which date shall not be more than twenty-one (21) days from the date of said notification</u>, absent good cause." L.R. 160(b).

Accordingly, pursuant to the notice and Local Rule 160, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED.  Plaintiff shall file, or ensure the filing of, dispositional documents no later than July 15, 2026. If the parties wish to extend the time to file dispositional documents for the anticipated sixty (60) day window, such request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:    **June 26, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2