UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIFFANY GREEN,

Plaintiff,

v.

TRANSDEV SERVICES, INC.,

Defendant.

Case No. 1:24-cv-00852-KES-FJS

ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE

(ECF No. 35)

On July 17, 2026, the parties filed a stipulation of dismissal of the entire action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 35.) In light of the stipulation of dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the clerk of the court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated: **July 21, 2026**

UNITED STATES MAGISTRATE JUDGE